UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMAL BASIM EL-AMIN,

                        Petitioner,              Case No. 2:18-cv-11181
                                                      Hon. Denise Page Hood
v.

RANDALL HAAS,

                        Respondent.
_____/

**OPINION AND ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS [Dkt. No. 1] WITHOUT PREJUDICE AS DUPLICATIVE TO EL-AMIN V. HAAS, CASE NO. 18-CV-10919**

Petitioner, Jamal Basim El-Amin, is in state custody by virtue of his Wayne Circuit Court convictions for a number of narcotic and related offenses. He filed this petition for writ of habeas corpus challenging these offenses under 28 U.S.C. § 2254. Prior to filing the present petition, Petition filed another habeas petition with this Court, and it was assigned a lower case number. See *El-Amin v. Haas*, No. 2:18-cv-10919, Dkt. 1. That first-filed petition concerns the same convictions challenged in the pending matter, and is identical in substance to the instant petition. See *id*.

"[A] suit is duplicative if the claims, parties, and available relief do not significantly differ between the two actions." *Serlin v. Arthur Andersen & Co.*,

3 F.3d 221, 223 (7th Cir. 1993) (internal quotation marks and citations omitted). A district court may dismiss a habeas petition when it is duplicative of a pending habeas petition. See *Davis v. U.S. Parole Com'n*, 870 F.2d 657, 1989 WL 25837 (6th Cir. 1989); *Marks v. Wolfenbarger*, No. 2:06-cv-14325, 2006 U.S. Dist. LEXIS 71937, 2006 WL 2850340, *1 (E.D. Mich. Oct. 3, 2006); *Fuson v. Harry*, No. 06-13211-BC, 2006 U.S. Dist. LEXIS 87993, 2006 WL 2421639, *1 (E.D. Mich. Aug. 22, 2005). This petition is duplicative of the earlier-filed petition and shall therefore be dismissed.

Accordingly, **IT IS ORDERED** that the Petition [Dkt. No. 1] is **DISMISSED WITHOUT PREJUDICE AS DUPLICATIVE**. All subsequent papers and documents must be filed in ***El-Amin v. Haas*, Case No. 2:18-cv-10919.**

**SO ORDERED.**

          s/Denise Page Hood
          Denise Page Hood
          Chief Judge, United States District Court

Dated: April 30, 2018

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 30, 2018, by electronic and/or ordinary mail.

          s/LaShawn R. Saulsberry
          Case Manager